# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALVAREZ, SR. | OLD CASE: 1:22-CV-01228 JLT EPG |
| Plaintiff, | NEW CASE: 1:22-CV-01228 EPG |
| v. | ORDER ASSIGNING CASE RE PRESIDING JUDGE |
| YOSEMITE NATIONAL PARK, YOSEMITE HOSPITALITY, LLC, ARAMARK, BADGER PASS SKI AREA, | |
| Defendants. | |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Magistrate Judge ERICA P. GROSJEAN as Presiding Judge of the above entitled action.  The parties have filed a Consent to Proceed before the assigned Magistrate Judge to conduct all further proceedings in this case, including trial and entry of final judgment.

## ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:

## 1:22-CV-01228 EPG

IT IS SO ORDERED.

Dated:  **February 3, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

1