UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALVAREZ, SR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YOSEMITE NATIONAL PARK, *et al.*<br><br>　　　　　Defendants. | Case No. 1:22-cv-01228-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL<br><br>(ECF No. 39). |

　　　　On September 6, 2024, the parties filed a joint stipulation for dismissal with prejudice of all claims in this action and with each party to bear its own attorneys' fees and costs. (ECF No. 39). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own attorneys' fees and costs. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated:　**September 9, 2024**　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1